JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MARSHALL FANT,<br><br>        Plaintiff,<br><br>        v.<br><br>JONES, Food Manager,<br><br>        Defendant.<br>_____ | Case No. CV 14-3574-SJO (SP)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without leave to amend.

    October 29, 2015.

Dated: _____

                               *S. James Otero*

                          _____

                          HONORABLE S. JAMES OTERO<br>                          UNITED STATES DISTRICT JUDGE